

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Bonnie Dessirae Keneson,           * From the 161st District Court
of Ector County,
Trial Court No. B-21-0150-CR.

Vs. No. 11-22-00336-CR           * February 1, 2024

The State of Texas,           * Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to delete the restitution assessment of $60 lab fee expenses. As modified, we affirm the judgment of the trial court.